**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Scott Lindberg v. Scott Callahan

Appellate case number:   01-19-00559-CV

Trial court case number:  19-DCV-262220

Trial court:                        458th District Court of Fort Bend County

Appellant is appealing an order signed July 19, 2019, sealing a document and its attachment under Rule 76a. *See* TEX. R. CIV. P. 76a(9). The sealed order and attachment were filed in this Court in a sealed supplemental clerk's record.

Appellee has filed a motion to seal the clerk's record, briefs, and other documents in this Court's file. Appellee states that this motion is opposed by appellant. Appellee contends that sealing these records and briefs "will preserve the parties' right to privacy and confidentiality."

No documents other than those in the sealed supplemental clerk's record were sealed by the trial court pursuant to Rule 76a. There are competing public policy interests implicit in the procedural requirements of Texas Rule of Civil Procedure 76a, and to permit full consideration of these interests, the Court orders the following:

We **abate** this appeal and **remand** to the trial court the question of whether any portion of the record should be sealed, and if so, the trial court shall see that a supplemental clerk's record is filed **within 30 days**, containing an order under Rule 76a. *See* TEX. R. CIV. P. 76a(b); *Griffin v. Birkman*, No. 03-06-00412-CV, 2006 WL 6041819, at * (Tex. App.—Austin Nov. 16, 2006, no pet.) (mem. op.) (abating and remanding to the trial court request to seal portions of the trial and appellate record).

Concerning appellee's request to seal briefs and other documents in this Court's file, the Court directs appellant to file a response within 10 days of the date of this order.

It is so ORDERED.

Judge's signature: ___/s/_Justice Richard Hightower_____
                                ☑ Acting individually      ☐ Acting for the Court

Date: __October 29, 2019_____